# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3554
_____

JUDY ANN JEAN KEETER, et al,

    Appellant,

    v.

THE BANK OF NEW YORK
MELLON FICA THE BANK OF
NEW YORK, as Trustee for the
Certificateholders of CWALT,
Inc., Alternative Loan Trust
2006-0A11, Mortgage Pass-
through Certificates, Series
2006-0A11; UNKNOWN TENANT IN
POSSESSION OF THE SUBJECT
PROPERTY,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

December 3, 2018


PER CURIAM.

    DISMISSED.

WOLF, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————————

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

———————————————————

Judy Ann Jean Keeter, pro se, Appellant.

No appearance for Appellees.